**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ALFONSO DAVENPORT**                                                                                 **PLAINTIFF**

VS.                                     NO. 5:05CV00213 BD

**BOARD OF TRUSTEES
OF THE UNIVERSITY OF
ARKANSAS, et al.**                                                                                        **DEFENDANTS**

## JUDGMENT

In accordance with the Memorandum Opinion and Order filed this date, Judgment is hereby granted to Defendants Davis, Gilmore, and Bennett in their individual capacities on Plaintiff's 42 U.S.C. §§ 1981 and 1983 claims, and to the Board of Trustees and Defendants Davis, Gilmore, and Bennett in their official capacities on Plaintiff's Title VII claims.  Plaintiff's tort of outrage claim is DISMISSED WITHOUT PREJUDICE.

DATED this 23rd day of January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE